UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCAS COOK, | No. 2:16-cv-2392 KJN P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| TARIFF, | |
| Defendants. | |

By an order filed October 18, 2016, plaintiff was ordered to file a completed in forma pauperis affidavit on the form used by this district.[1] Plaintiff was cautioned that failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order[2] and has not filed the required document.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

////

////

---

[1] Plaintiff is no longer required to provide a certified copy of his prison trust account statement, because the CDCR will provide the certified trust account statement.

[2] Plaintiff filed a request to change the name of the doctor being sued. (ECF No. 5.)

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

2    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 9, 2016

cook2392.fifp

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2